Chief District Judge Marsha J. Pechman

13-CR-00053-VRDCT

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 06 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL VUU and<br>LYNN NGUYEN,<br><br>Defendants. | CASE NO. CR13-0053MJP<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following properties (hereinafter collectively referred to as the "Subject Properties"):

1. One (1) white Toyota Tacoma truck bearing Washington state license number B55388U and VIN 3TMLU4EN2CM084000;

2. Miscellaneous fish tanks, water pumping and filtration equipment and assorted aquarium supplies seized from the residence located at ███████████████, Federal Way, Washington, on or about August 23, 2012; and,

3. Four (4) Asian arowana fish seized from the residence located at ███████████████ Federal Way, Washington, on or about August 23, 2012.

Final Order of Forfeiture (CR13-0053MJP)
UNITED STATES v. MICHAEL VUU - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  On March 5, 2013, this Court entered Preliminary Orders of Forfeiture in the above-captioned case, forfeiting the interests of Defendants MICHAEL VUU and LYNN NGUYEN (hereinafter collectively referred to as "Defendants") in the Subject Properties.

The Subject Properties are subject to forfeiture pursuant to 16 U.S.C. § 3374 and 28 U.S.C. § 2461 as fish or wildlife or plants imported, exported, transported, sold, received, acquired, or purchased contrary to the provisions of the charged violation and/or vessels, vehicles, or other equipment used to aid in the importing, exporting, transporting, selling, receiving, acquiring, or purchasing of fish or wildlife or plants in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B), and 18 U.S.C. § 2 (Lacey Act/Trafficking in Endangered Species), to which Defendant pleaded guilty. In his Plea Agreement, Defendant MICHAEL VUU agreed to the forfeiture of the Subject Properties.

Pursuant to 21 U.S.C. § 853(n), the United States published notice on www.forfeiture.gov for at least thirty (30) consecutive days, beginning on March 7, 2013 and ending on April 5, 2013. In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the properties in accordance with law. This notice further stated that any person, other than the defendant, having or claiming a legal interest in the above-described properties, was required to file a petition with the Court within sixty (60) days of the first date of publication of notice, setting forth the nature of the petitioner's right, title, and interest in the properties.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture. No petitioners or claimants have come forth to assert an interest in any of the forfeited property and the time for doing so has expired. Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

1. One (1) white Toyota Tacoma truck bearing Washington state license number B55388U and VIN 3TMLU4EN2CM084000;

Final Order of Forfeiture (CR13-0053MJP)
*UNITED STATES v. MICHAEL VUU*- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Miscellaneous fish tanks, water pumping and filtration equipment and assorted aquarium supplies seized from the residence located at ▮▮▮▮▮▮▮▮▮▮, Federal Way, Washington, on or about August 23, 2012; and,

3. Four (4) Asian arowana fish seized from the residence located at ▮▮▮▮▮▮▮▮ Federal Way, Washington, on or about August 23, 2012.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest to the above-described property shall exist in any other party.

The United States Marshals Service is authorized to dispose of the above-described property in accordance with law.

DATED this **2** day of **August**, 2013.

MARSHA J. PECHMAN
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   206-553-2242
Fax:          206-553-6934
E-Mail: Richard.E.Cohen@usdoj.gov

Final Order of Forfeiture (CR13-0053MJP)
*UNITED STATES v. MICHAEL VUU*- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970