| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Suonynguu_ | ☐ Agent<br>☒ Addressee |
| | B. Received by (Printed Name)<br>SUONG NGUYEN | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Lynn Nguyen<br>9409 Delridge Way SW<br>Seattle WA 98106 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number          7009 1410 0002 2077 7850 | | |
| y 2004      Domestic Return Receipt | 102595-02-M-1540 | |

13-53